PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FIDELITY AND GUARANTY INSURANCE COMPANY, an Iowa corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CENTEX HOMES, a Nevada general partnership,<br><br>　　　　Defendant. | Case No. 2:15-cv- 00037-TLN-KJN<br><br>The Hon. Troy L. Nunley<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND FIDELITY AND GUARANTY INSURANCE COMPANY'S TIME TO FILE AN AMENDED COMPLAINT**<br><br>Trial Date:　　None. |

**IT IS HEREBY ORDERED** granting the Joint Stipulation To Extend Fidelity and Guaranty Insurance Company's Time To File an Amended Complaint. Fidelity and Guaranty Insurance Company's deadline to file an amended complaint will be **Friday, March 20, 2015**.

Dated: March 4, 2015

_____
Troy L. Nunley
United States District Judge

2:15-cv- 00037-TLN-KJN

ORDER GRANTING JOINT STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE AN AMENDED COMPLAINT