PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>CENTEX HOMES, a Nevada general partnership; CENTEX HOMES REALTY COMPANY, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:15-cv-00037-TLN-KJN<br><br>The Hon. Troy L. Nunley<br><br>**ORDER ON STIPULATION TO CONTINUE ALL SCHEDULED DATES BY 90 DAYS**<br><br>Trial Date:     December 12, 2016 |

**ORDER**

Having reviewed the parties' Stipulation to Continue All Scheduled Dates by 90 Days, the Court rules as follows:

Good cause exists to extend all currently scheduled dates by 90 days to allow the parties to prepare for and schedule global depositions of key witnesses and to lessen the prejudice that Shinnick & Ryan LLP might face from responding to discovery in this case while the underlying *Brown* action is ongoing. The Court hereby grants the parties' request to continue all scheduled

dates by 90 days.

**IT IS ORDERED that all scheduled dates are continued as follows:**

| EVENT | CURRENT DATE | PROPOSED DATE | ORDERED DATE |
|---|---|---|---|
| Initial Expert Witness Disclosures | March 3, 2016 | June 1, 2016 | June 1, 2016 |
| Supplemental Expert Witness Disclosures | March 23, 2016 | July 21, 2016 | July 21, 2016 |
| Discovery Cut-off | January 4, 2016 | April 4, 2016 | April 4, 2016 |
| Dispositive Motion Hearing Date | July 14, 2016 | October 12, 2016 | **October 20, 2016** |
| Final Pre-trial Conference Date | October 6, 2016 | January 4, 2017 | **January 12, 2017, at 2:00 PM** |
| Trial Date | December 12, 2016 | March 13, 2017 | **March 20, 2017, at 9:00 AM** |

Dated:  December 4, 2015

_____
Troy L. Nunley
United States District Judge

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

-1-  2:15-cv-00037-TLN-KJN
ORDER ON STIPULATION TO CONTINUE ALL SCHEDULED DATES BY 90 DAYS